**Motion Denied and Order filed October 13, 2020**



In The

# Fourteenth Court of Appeals
_____

NO. 14-20-00233-CR
_____

**CHANCE  MICHAEL  MOSELEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 16CR1372**

---

## ORDER

Appellant is represented by appointed counsel, **Tad A. Nelson**. Appellant's brief was originally due July 6, 2020**.** We have granted a total of 91 days to file appellant's brief until October 5, 2020. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On October 2, 2020, counsel filed a further motion

to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

We order Tad A. Nelson to file a brief with the clerk of this court on or before **November 4, 2020**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.